IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**VERNON TAIT**  **PLAINTIFF**

v.  CAUSE NO. 1:13CV78 LG-JMR

**CREDIT ACCEPTANCE**  **DEFENDANT**

## JUDGMENT

This matter having come on to be heard on the defendants' Motion for Summary Judgment, the Court, after review and consideration, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of defendant Credit Acceptance. Plaintiff's claims against Credit Acceptance are **DISMISSED with prejudice.**

**SO ORDERED AND ADJUDGED** this the 23rd day of October, 2013.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE